# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

ANTHONY WAYNE THOMAS,

    Plaintiff,

v.

U.S. FED. MARSHALS and STATE BANK,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 09-cv-344-slc

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

_____6/4/09_____
Date